IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:11mj140-DSC |
|---|---|
| | ) |
| v. | ) **ORDER TO DISMISS THE COMPLAINT** |
| | ) |
| SHERRY KNIGHT BEASON | ) |
| | ) |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: May 20, 2015

David S. Cayer
United States Magistrate Judge